# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 13, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30104 c/w 16-30013, 16-30226 and 16-30527
    USA v. Michael Arata, et al
            USDC No. 2:14-CR-22

The court has granted the unopposed motion of United States of America to view and obtain the sealed record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Ian Lewis Atkinson
Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Patrick Fanning
Mr. William P. Gibbens
Mr. Peter M. Hoffman
Mr. Gaven Dall Kammer
Ms. Mandie Elizabeth Landry
Mr. Herbert V. Larson Jr.
Mr. Chandra Menon
Ms. Deborah Ann Pearce
Mr. Harry A. Rosenberg