# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-30104 c/w 16-30013, 16-30226 and 16-30527
    USA v. Michael Arata, et al
          USDC No. 2:14-CR-22

The court has taken the following action in this case:

The court has granted the motion of attorney Herbert V. Larson, Jr. to withdraw as counsel in the above case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Ian Lewis Atkinson
Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Patrick Fanning
Mr. William P. Gibbens
Mr. Peter M. Hoffman
Mr. Gaven Dall Kammer
Ms. Mandie Elizabeth Landry
Mr. Herbert V. Larson Jr.
Mr. Chandra Menon
Ms. Deborah Ann Pearce
Mr. Harry A. Rosenberg