# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 14-22** |
| **VERSUS** | * | **SECTION: "F"** |
| **PETER HOFFMAN** | * | |
| **MICHAEL P. ARATA** | | |
| **SUSAN HOFFMAN** | * | |
| | * | |

### MEMORANDUM OF OFFICE OF STATE INSPECTOR GENERAL (OIG) IN OPPOSITION TO DEFENDANTS' RENEWED MOTION AND APPLICATION FOR AN ORDER TO SHOW CAUSE AND LIMITED DISCOVERY AND EVIDENTIARY HEARING

NOW INTO COURT, through undersigned counsel, comes the Louisiana Office of State Inspector General, sought to be made a Respondent herein, and with respect submits this memorandum in opposition to the defendants' Renewed Motion and Application for an Order to Show Cause and Limited Discovery and Evidentiary Hearing (Rec. Doc. 815) for the reasons set forth below.

On May 31, 2017 the Office of State Inspector General (OIG) voluntarily produced, by hand delivery to the law offices of counsel of record for defendants Susan Hoffman and Michael Arata, a disk containing the documents obtained by OIG in connection with an investigation of motion picture tax credit submissions by subsidiaries of Horizon Entertainment and Productions, LLC in connection with the productions known as *The Sean Payton Show* and *Saintsational.* An additional disk was provided to counsel for Susan Hoffman to be forwarded to defendant Peter Hoffman as previously agreed. A copy of the cover letter that accompanied the delivery of the disks is attached as Exhibit A. Counsel for Susan Hoffman acknowledged receipt of the disk by email communication to undersigned counsel.

The OIG file on this investigation (OIG #15-0037) was opened on or about February 20, 2015 and all of the documents were obtained by OIG on or after that date. OIG records also include an earlier investigation identified as "DED – Horizon Entertainment" under OIG #12-005. The documents obtained under that file number consist only of 88 pages of invoices, receipts, time sheets and bank records, all of which were included in the materials delivered to counsel for the defendants on May 31, 2017. Correspondence from OIG to counsel for Susan Hoffman stating the same is attached as Exhibit B.

Nevertheless, in their Memorandum of Points and Authorities in Support of Hoffmans' Renewed Application and Motion [Rec. Doc. 815-1] filed on June 18, 2019, defendant Peter Hoffman and through counsel, defendant Susan Hoffman, represent to the court that "OIG has never produced the documents created or obtained in connection with the Horizon investigation." [Rec. Doc. 815-1 at 4] Movers further state that "OIG's decision not to produce the Horizon documents under its control" appears to create a *Brady* violation [Rec. Doc 815-1 at 6] and allege that "exculpatory evidence" was "never disclosed and suppressed by OIG." [Rec. Doc. 815-1 at 7] These representations are patently false and those officers of the court who have made them know that they are false. Defendant Michael Arata also claims that "the State has failed to produce OIG documents." [Rec. Doc 820-1]

The premise on which the defendants' renewed motion is based – that the OIG has "never produced the documents" from the Horizon investigation – is false. There is no need for oral argument or an evidentiary hearing.

Respectfully submitted,

LOUISIANA OFFICE OF
STATE INSPECTOR GENERAL

s/  Joseph N. Lotwick
_____

Joseph N. Lotwick, La. Bar Roll #08815
General Counsel
Office of State Inspector General
602 North 5th Street, Suite 621
Baton Rouge, LA 70802
Telephone     (225) 342-4262
Fax                (225) 342-6761
Email:  joe.lotwick@la.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019 a copy of the foregoing Memorandum in Opposition was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/  Joseph N. Lotwick
_____

Joseph N. Lotwick