UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

v.                                               NO. 14-022

PETER M. HOFFMAN, ET AL.                         SECTION F

ORDER

A resentencing hearing for Peter Hoffman and Michael Arata has been set for Wednesday, January 8, 2020 at 1:30 p.m.  The Court previously ordered briefing concerning resentencing and, by this order, the Court sets additional deadlines and a hearing in advance of the upcoming resentencing hearing.

On November 20, 2019, the Court heard oral argument on four motions and ordered supplemental papers.[1]  In accordance with the

---

[1] The Court took these motions under submission:

    1. Peter Hoffman's Motion for an Evidentiary Hearing on Sentencing Issues;

    2. Susan Hoffman and Michael Arata's Motion to Vacate Order of Forfeiture;

    3. The defendants' Renewed Motion and Application for an Order to Show Cause and Limited Discovery and Hearing; and

    4. Michael Arata's Motion for Leave to Depose Agent Boulton.

1

agreement among counsel, IT IS ORDERED: that the supplemental papers shall be filed not later than 5:00 p.m. on Monday, December 16, 2019.

In compliance with this Court's October 3, 2019 order, the parties timely filed objections to the Presentence Investigation Reports prepared by the U.S. Probation Office.  IT IS FURTHER ORDERED: that, not later than December 9, 2019, the U.S. Probation Office shall submit addenda to the reports responding to the parties' objections.

Finally, IT IS FURTHER ORDERED: that, on December 20, 2019 at 10:30 a.m., the Court will hear oral argument regarding the scope of the upcoming resentencings (including the Fifth Circuit's mandate) and issues raised by the parties' sentencing memoranda.

New Orleans, Louisiana, November 21, 2019

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE

2