MINUTE ENTRY
FELDMAN, J.
DECEMBER 20, 2019

JS-10:1:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 14-22 |
| PETER HOFFMAN, ET AL | SECTION "F" |

JUDGE MARTIN L.C. FELDMAN PRESIDING

**FRIDAY, DECEMBER 20, 2019 AT 10:30 AM**

COURTROOM DEPUTY: Kimberly County
COURT REPORTER: Sandy Minutillo
LAW CLERK: Annie Miller

APPEARANCES:   Andre Lagarde and Dall Kammer, Asst. U. S. Attorneys
Philip Stillman, for Defendant Peter Hoffman, who also appeared Pro Se
William Gibbens for Defendant Michael Arata
Harry Rosenberg for Defendant Susan Hoffman

**ORAL ARGUMENT**

Case called at 10:25 a.m.
All present and ready.
Argument by the parties regarding the scope of the upcoming resentencings and issues raised by the parties.
ORDERED that simultaneous briefing be submitted by January 3, 2020, at 12:00 noon regarding the following issues:
    1) Intended Loss.
    2) Honeycutt Joint and Several Forfeiture Issue and Law of the Case.
Mr. Hoffman shall submit information from his doctor regarding the nature of his heart condition by January 3, 2020, at 12:00 noon – the document may be submitted confidentially.
Court adjourned at 11:40 a.m.