UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-022 |
| PETER M. HOFFMAN, ET AL. | SECTION F |

ORDER

Before the Court is Peter Hoffman's motion to continue his upcoming self-surrender date. In March 2021, a panel of the U.S. Fifth Circuit Court of Appeals heard oral argument on Mr. Hoffman's challenge to the Court's imposition of a custodial sentence upon resentencing. Mr. Hoffman requests that his self-surrender date be continued until after the Fifth Circuit resolves his appeal; he is also concerned that a custodial setting will exacerbate his already-increased vulnerability to the Delta variant. The government disagrees with Mr. Hoffman's arguments but defers to the Court regarding the request to continue.

As the Court has previously observed, it is preferable for the Fifth Circuit to resolve the pending appeal before Mr. Hoffman

1

is ordered to surrender to BOP custody *and* before the Court considers the pending post-conviction and post-sentencing motions. Additionally, the oral hearing presently scheduled for these motions is impractical in light of the lingering impediments caused by Hurricane Ida and its aftermath.

Accordingly, IT IS ORDERED: that Peter Hoffman's motion to continue his self-surrender date is hereby GRANTED; Peter Hoffman is hereby ordered to self-surrender to the designated institution by 12:00 p.m. on January 11, 2022, unless otherwise ordered. IT IS FURTHER ORDERED: that the United States Probation Officer shall advise Mr. Hoffman of the name and location of the institution in which he is to serve his sentence within a reasonable time prior to January 11, 2022.

IT IS FURTHER ORDERED: that the hearing on the defendants' motions to vacate convictions (Rec.Docs. 897, 929) and on the motions for enforcement of discovery orders (Rec.Docs. 918, 927), presently set for September 23, 2021, is hereby continued to 1:30 p.m. on November 17, 2021.

New Orleans, Louisiana, September 9, 2021

MARTIN L.C. FELDMAN
U.S. DISTRICT JUDGE